McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorneys for Plaintiff
United States of America



FILED

JUN 15 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  2:07-CV-1153 GEB DAD
                           )
           Plaintiff,      )  **ORDER REGARDING CLERK'S**
                           )  **ISSUANCE OF WARRANT FOR ARREST**
     v.                    )  **OF ARTICLES *IN REM***
                           )
2003 PONTIAC GRAND PRIX, VIN: )
1G2WR52163F114111, CALIFORNIA )
LICENSE 4ZLC890,           )
                           )
           Defendant.      )
_____)

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on June 14, 2007, in the United States District Court for the Eastern District of California, alleging that the defendant 2003 Pontiac Grand Prix, VIN: 1G2WR52163F114111, California License 4ZLC890 (hereafter referred to as "defendant vehicle") is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) for one or more violations of 18 U.S.C. § 1957 and pursuant to 18 U.S.C. § 981(a)(1)(C) for one or more violations of 18 U.S.C. § 1343;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Internal

1

1  Revenue Service-Criminal Investigation Division Special Agent
2  Steven J. Delaney, there is probable cause to believe that the
3  defendant vehicle so described constitutes property that is
4  subject to forfeiture for such violation(s), and that grounds for
5  issuance of a Warrant for Arrest of Articles *In Rem* exist,
6  pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Certain
7  Admiralty and Maritime Claims;

    IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant vehicle.

Dated: 6/14/07

KIMBERLY J. MUELLER
United States Magistrate Judge