1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   2:07-cv-1153-GEB-DAD
                                 )
12         Plaintiff,            )   **APPLICATION AND ORDER FOR**
                                 )   **PUBLICATION**
13     v.                        )
                                 )
14 2003 PONTIAC GRAND PRIX, VIN: )
   1G2WR52163F114111, CALIFORNIA )
15 LICENSE 4ZLC890,              )
                                 )
16         Defendant.            )
   _____)
17

18     The United States of America, Plaintiff herein, applies for

19 an order of publication as follows:

20     1.   Rule G(4) of the Supplemental Rules for Certain

21 Admiralty and Maritime Claims (hereafter "Supplemental Rules")

22 provides that the Plaintiff shall cause public notice of the

23 action and arrest to be given in a newspaper of general

24 circulation, designated by order of the Court;

25     2.   Local Rule 83-171, Eastern District of California,

26 provides that the Court shall designate by order the appropriate

27 newspaper for publication;

28 /////

                                 1

1        3.   The defendant 2003 Pontiac Grand Prix, VIN:
2   1G2WR52163F114111, California License 4ZLC890 (hereafter
3   "defendant vehicle") was seized in the city of Redding, in Shasta
4   County, California.  The Internal Revenue Service-Criminal
5   Investigation Division("IRS-CID") published notice of the
6   nonjudicial forfeiture of the defendant vehicle on February 14,
7   21, and 28, 2007 in the <u>Record Searchlight</u>.
8        4.   Plaintiff proposes that publication be made as follows:
9             a.   One publication;
10            b.   In the following newspaper, a legal newspaper of
11  general circulation, located in the county in which the defendant
12  vehicle was seized: <u>Record Searchlight</u>;
13            c.   The publication is to include the following:
14                 (1)  The Court, title and number of the action;
15                 (2)  The date of the arrest/seizure;
16                 (3)  The identity and/or description of the
17  property arrested/seized;
18                 (4)  The name, address, and telephone number of
19  the attorney for the Plaintiff;
20                 (5)  A statement that claims of persons entitled
21  to possession or claiming an interest pursuant to Supplemental
22  Rule G(5) must be filed with the Clerk and served on the attorney
23  for the Plaintiff within 30 days after the date of publication;
24                 (6)  A statement that answers to the Complaint or
25  a motion under Rule 12 of the Federal Rules of Civil Procedure
26  ("Fed. R. Civ. P.") must be filed and served within 20 days after
27  the filing of the claims and, in the absence thereof, default may
28  be entered and condemnation ordered;

2

1        (7) A statement that applications for
2  intervention under Fed. R. Civ. P., Rule 24 by persons claiming
3  maritime liens or other interests shall be filed within the 30
4  days allowed for claims for possession; and
5        (8) The name, address, and telephone number of
6  the Department of Treasury, Internal Revenue Service-Criminal
7  Investigation Division.

Dated: June 14, 2007      McGREGOR W. SCOTT
                          United States Attorney

                      /s/ Kristin S. Door
                      KRISTIN S. DOOR
                      Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

DATED: June 18, 2007.

                      DALE A. DROZD
                      UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/U.S.v.Pontiac1153.ord